IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MERLE DAVID ANDERSON                                                    PLAINTIFF

VS.                                  NO. 06-cv-1095

HENRY BLAND AND
TOM LOFTIN CONSTRUCTION COMPANY, INC.                        DEFENDANTS

## AGREED ORDER OF DISMISSAL

On this day, came to be heard the Joint Motion of Defendants Henry Bland and Tom Loftin Construction Company, Inc. and the Plaintiff Merle David Anderson, to dismiss the above entitle and numbered cause for the reason that all matters in controversy as between the Plaintiff and Defendant have be compromised and settled, and the Court being of the opinion that same should be granted.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** by the Court that this case be dismissed with prejudice to Plaintiff or Defendant's right to refile the same, and that costs will be paid by the party incurring the same.

SIGNED ON THIS __5__ DAY OF _January_, 2009.

_____
Circuit Judge
District

_____
Todd Wooten, Attorney for Plaintiff

_____
F. Mattison Thomas, III, Attorney for Defendants

U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

**JAN 0 8 2009**

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk